## DIVIDENDS REMITTED TO THE COURT

Case Number 08-17913 - LIME, SCOTT J

*$1495.98*

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| EMH Regional Healthcare Center<br>PO Box 931677<br>Cleveland, OH 44193 | 000002 | 1,008.98 | 4.79 |
| THEILLUMINATING CO BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141<br>  (12-1) ELECTRIC SERVICE | 000012 | 66.80 | 0.31 |
| ---------- Remittance Total --------------- | | 1,075.78 | 5.10 |

_____
TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 JAN -4 AM 11:02 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND